## 1

The B. F. GOODRICH RUBBER COMPANY v. Herbert W. BELL, as Trustee in Bankruptcy of H. J. Alperin, doing business as the Public Service Tire & Supply Company and the Lincoln Rubber Tire Company.

(Circuit Court of Appeals, Sixth Circuit. January 12, 1926.)

No. 4525.

Appeal from the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge.

Dustin, McKeehan, Merrick, Arter and Stewart, of Cleveland, Ohio, for appellant.

Grossman & Grossman, of Cleveland, Ohio, for appellee.

PER CURIAM. Decree. of the District Court affirmed, with costs.

## 2

J. P. BLAIR, Individually and as President of United Brotherhood of Carpenters and Joiners of America, Local No. 1438, William Moody, Individually and as Vice President of United Brotherhood of Carpenters and Joiners of America, Local No. 1438, D. H. Thompson, Individually and as Secretary of United Brotherhood of Carpenters and Joiners of America, Local No. 1438, J. Webster, Individually and as Treasurer of United Brotherhood of Carpenters and Joiners of America, Local No. 1438, United Brotherhood of Carpenters and Joiners of America, Local No. 1438, a Voluntary Organization, George Gregory, Individually and as President of the United Brotherhood of Carpenters and Joiners of America, Local No. 171, J. K. Mumford, Individually and as Financial Secretary of United Brotherhood of Carpenters and Joiners of America, Local No. 171, O. J. Grubb, Individually and as Business Agent of United Brotherhood of Carpenters and Joiners of America, Local No. 171, United Brotherhood of Carpenters and Joiners of America, Local No. 171, a Voluntary Association, and United Brotherhood of Carpenters and Joiners of America, National, a Voluntary Association, Appellants, v. SELDEN–BRECK CONSTRUCTION CO., Appellee.

(Circuit Court of Appeals, Sixth Circuit. October 6, 1925.)

No. 4479.

Appeal from the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge.

Robert R. Nevin, of Dayton, Ohio, and Joseph O. Carson, of Indianapolis, Ind., for appellants.

William B. Woods, of Cleveland, Ohio, and Simeon Nash, of Columbus, Ohio, for appellee.

PER CURIAM. Dismissed, without prejudice and without record, and at appellants' costs, and all bondsmen herein are hereby discharged and released from the obligations of their bonds.

## 3

Lawrence W. BLAKE, Plaintiff in Error, v. UNITED STATES, Defendant in Error.

(Circuit Court of Appeals, Fourth Circuit. April 30, 1926.)

No. 2473.

In Error to the District Court of the United States for the Southern District of West Virginia, at Charleston; George W. McClintic, Judge.

P. H. Camp and J. Raymond Gordon, both of Charleston, W. Va., for plaintiff in error.

Elliott Northcott, U. S. Atty., of Huntington, W. Va., and B. J. Pettigrew, Asst. U. S. Atty., of Charleston, W. Va.

Before WADDILL and PARKER, Circuit Judges, and ERNEST F. COCHRAN, District Judge.

PER CURIAM. The judgment of the District Court is affirmed, on the authority of Carroll v. United States, 267 U. S. 132, 45 S. Ct. 280, 69 L. Ed. 543, 39 A. L. R. 790, Milam v. United States (C. C. A. 4th) 296 F. 629, and Ash v. United States (C. C. A. 4th) 299 F. 277.

Affirmed.

## 4

Norman T. BOGGS et al. v. SECURITY TRUST COMPANY, as Executor of the Last Will and Testament of Cornelia Curtis, Deceased, et al.

(Circuit Court of Appeals, Sixth Circuit. January 5, 1926.)

No. 4570.

Appeal from the District Court of the United States for the Eastern District of Michigan; Charles C. Simons, Judge.

Charles F. Delbridge, of Detroit, Mich., for appellants.

Goodenough, Voorhies, Long & Ryan, of Detroit, Mich., for appellees.